JULIA A. SHAW, Respondent, *v.* AGNES CLARE BRYANT et al., Appellants.

*Shaw* v. *Bryant*, 90 Hun, 374, affirmed.
(Argued December 7, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered December 9, 1895, modifying and, as modified, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*A. G. Vanderpoel* and *George Norris* for appellants.

*Esek Cowen* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except MARTIN, J., absent.

———

JOHN B. KINCAID, Respondent, *v.* CHARLOTTE KINCAID, Appellant, Impleaded with Others.

*Kincaid* v. *Kincaid*, 85 Hun, 141, affirmed.
(Submitted December 9, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fourth judicial department, entered April 5, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Rogers & Atwell* for appellant.

*Bradley Winslow* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur, except O'BRIEN, J., not voting, and MARTIN, J., not sitting.